## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 16-9555-CAS (KSx) | Date: May 14, 2019 |
| Title *Ernest Soqui v. United States of America* | |

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE A NOTICE OF CHANGE OF ADDRESS AND OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DEPOSITION**

On December 27, 2016, Plaintiff, a federal prisoner proceeding *pro se* and *in forma pauperis*, filed a Complaint. (Dkt. No. 1.) On July 9, 2018, Defendant filed an Answer. (Dkt. No. 25.) On September 17, 2018, Plaintiff filed a Notice of Change of Address. (Dkt. No. 30.) On January 31, 2019, District Judge Christina A. Snyder enlarged the discovery cut-off deadline to allow Defendant to take the deposition of Plaintiff. (Dkt. No. 41.) On February 6, 2019, District Judge Snyder issued an Amended Scheduling Order setting July 5, 2019 as the last day to file motions and setting the case for trial on September 24, 2019. (Dkt. No. 44.) On April 15, 2019, Defendant filed a Notice of Motion and Motion to Compel Deposition of Plaintiff. (Dkt. No. 49.) On April 16, 2019, the Court issued a briefing schedule and ordered Plaintiff to file an Opposition no later than May 7, 2019. (Dkt. No. 50.) The briefing schedule was returned as undeliverable on April 29, 2019. (Dkt. No. 51.)

Local Civil Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

More than two weeks have now passed since the Court issued the briefing schedule on the Motion to Compel and since the briefing schedule was returned as undeliverable, but Plaintiff has

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 16-9555-CAS (KSx) | Date: May 14, 2019 |
| Title *Ernest Soqui v. United States of America* | |

not informed the Court of his new current address or otherwise communicated with the Court. Further, because Plaintiff failed to file an Opposition by the deadline, the Court could deem his failure to file an Opposition as consent to granting of the Motion to Compel Deposition pursuant to Local Rule 7-12. However, because the Court is aware that Plaintiff did not receive the briefing schedule, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE** no later than May 19, 2019 why the Court should not recommend that this case be dismissed for failure to prosecute and comply with Local Rule 7-12.

To discharge this Order, Plaintiff must file, **on or before May 19, 2019**:

(1) a Notice of Change of Address informing the Court and Opposing Counsel of his current address; and either
(2) an Opposition to the Motion to Compel Deposition; or
(3) a request for an extension of time and a sworn declaration (not to exceed 3 pages) presenting a plausible and coherent explanation, supported by competent evidence whenever possible, for Plaintiff's failure to comply with the Local Rules.

Alternatively, if Plaintiff no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action with no further consequence.

**Plaintiff is expressly cautioned that failure to timely respond to this Order may result in the Court granting the Motion to Compel Deposition <u>and</u> recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

   **IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | gr |